| Date | Pleading Number | |
|------|----|---|
| 2/25/75 | 1 | MOTION, BRIEF, EXHIBITS A,B,C,D, AND CERT OF SERVICE OF PLAINTIFF LEE'S PRESCRIPTION SHOPS, INC. to transfer action to the District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407<br>SUGGESTED TRANSFEREE FORUM:  D. D.C.<br>SUGGESTED TRANSFEREE JUDGE:  Aubrey E. Robinson |
| 3/10/75 | | REQUEST FOR EXTENSION -- Stipulation by and between counsel for plaintiff and counsel for defendants |
| 3/11/75 | | ORDER -- Re:  Stipulation for Extension -- GRANTED UNTIL FURTHER ORDER OF THE PANEL -- Notified counsel, involved judges. |
| 3/24/75 | | ORDER -- Lifting Stay and requiring responses to be filed on or before April 8, 1975, Notified counsel, involved judges. |
| 4/2/75 | | HEARING ORDER -- Setting A-1 through A-3 for hearing, April 25, 1975 Washington, D.C. -- Notified counsel, involved judges. |
| 4/8/75 | 2 | RESPONSE -- SCHERING CORP. w/cert of service |
| 6/19/75 | | CONSENT OF TRANSFEREE COURT -- for Judge Robinson to handle litigation under 28 U.S.C. §1407 in the District of Columbia |
| 6/19/75 | | OPINION AND ORDER -- transferring actions to the DISTRICT OF COLUMBIA under 28 U.S.C. §1407 for assignment to JUDGE AUBREY E. ROBINSON |

## Description of Litigation

DOCKET NO. 205 -- IN RE GRISEOFULVIN ANTITRUST LITIGATION

(Misc. 75-103)

### Summary of Panel Action

Date(s) of Hearing(s): 4/25/75

Date(s) of Opinion(s) or Order(s): 6/19/75

Consolidation Ordered: ✓     Name of Transferee Judge: Aubrey E. Robinson Jr.

Consolidation Denied: ___    Transferee District: District of Columbia   MISC 75-103

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lee's Prescription Shops, Inc., etc. v. Glaxo Group Limited, et al. | D.D.C. AER | 74-1709 | | | 3/7/78 | |
| A-2 | Lee's Prescription Shops, Inc., etc. v. Glaxo Group Limited and Schering Corp. | D. N.Jer. J. Whipple | 75-296 | 6/19/75 | 75-1013 | 3/7/78 | |
| A-3 | Lee's Prescription Shops, Inc. v. Imperial Chemical Industries Limited, et al. | S.D.N.Y. Bonsal | 75 Civ. 822 | 6/19/75 | 75-1012 | 3/7/78 | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 205 -- IN RE GRISEOFULVIN ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| | LEE'S PRESCRIPTION SHOPS, INC.<br>Ian A. L. Strogatz, Esquire<br>Wolf, Block, Schorr and<br>  Solis-Cohen<br>20th Floor, Packard Bldg.<br>Philadelphia, Penna. 19102 | GLAXO GROUP LTD.<br>  Henry P. Sailer, Esquire<br>  888 16th Street, N.W.<br>  Washington, D. C. 20006<br><br>IMPERIAL CHEMICAL INDUSTRIES LTD.<br>  Sigmund Timberg, Esquire<br>  815 15th Street, N.W.<br>  Washington, D. C. 20005<br><br>JOHNSON & JOHNSON INC.<br>  Joseph H. C. Barron, Jr., Esq.<br>  Rogers & Wells<br>  1666 K St., N.W.<br>  Washington, D.C. 20006<br><br>SCHERING CORP.<br>  Charles N. Brower, Esquire<br>  White & Case<br>  1747 Pennsylvania Ave., N.W.<br>  Washington, D C. 20006<br><br>AMERICAN HOME PRODUCTS CORP.<br>AYERST LABORATORIES<br>  John J. McGrath, Jr., Esquire<br>  Donovan, Leisure, Newton & Ervin<br>  1666 K Street, N.W.<br>  Washington, D. C. 20006 |

JP Form 3

p. ____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____
dc

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| GLAXO GROUP LTD. | A-1    A-2 |
| IMPERIAL CHEMICAL INDUSTRIES LIMITED | A-1    A-3 |
| JOHNSON & JOHNSON, INC. | A-1 |
| SCHERING CORP. | A-1    A-2 |
| AMERICAN HOME PRODUCTS CORP. | A-1    A-3 |
| AYERST LABORATORIES, INC. | A-1    A-3 |
|  |  |
|  |  |
|  |  |
|  |  |